People v Boodoosingh (2023 NY Slip Op 03013)

People v Boodoosingh

2023 NY Slip Op 03013

Decided on June 7, 2023

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 7, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

FRANCESCA E. CONNOLLY, J.P.
LARA J. GENOVESI
HELEN VOUTSINAS
LILLIAN WAN, JJ.

2017-05415
 (Ind. No. 4658/15)

[*1]The People of the State of New York, respondent,
v
Percival Boodoosingh, appellant.

Patricia Pazner, New York, NY (Samuel Barr of counsel), for appellant.
Eric Gonzalez, District Attorney, Brooklyn, NY (Leonard Joblove and Denise Pavlides of counsel), for respondent.

DECISION & ORDER
Appeal by the defendant from a judgment of the Supreme Court, Kings County (Elizabeth Foley, J.), rendered April 21, 2017, convicting him of criminal contempt in the first degree and criminal contempt in the second degree, upon his plea of guilty, and imposing sentence.
ORDERED that the judgment is affirmed.
The defendant's contention that the Supreme Court failed to advise him that he could be sentenced on the misdemeanor charge, as well as on the felony charge, is unpreserved for appellate review, as he did not move to withdraw his plea on that ground or object at the time of sentencing (see People v Andrea, 98 AD3d 627). In any event, the defendant's contention is without merit (see id. at 627).
CONNOLLY, J.P., GENOVESI, VOUTSINAS and WAN, JJ., concur.
ENTER:
Maria T. Fasulo
Clerk of the Court